

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Karla RAMIREZ GARCIA,<br><br>Defendant. | Case No.: '22 MJ01369<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about April 18, 2022, within the Southern District of California, Karla RAMIREZ GARCIA did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Kevin Weinstock
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 19th day of April 2022.

HON. MITCHELL D. DEMBIN
U.S. MAGISTRATE JUDGE

# STATEMENT OF FACTS

On April 18, 2022, at approximately 10:57 AM, Karla RAMIREZ GARCIA, ("RAMIREZ GARCIA"), a permanent resident, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #23. RAMIREZ GARCIA was the driver of a 2014 Volkswagen Passat ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the undercarriage of the vehicle.

A Customs and Border Protection Officer ("CBPO") received two negative Customs declarations from RAMIREZ GARCIA. RAMIREZ GARCIA stated she was crossing the border to go to Spring Valley, California. A CBPO then knocked on the gas tank and noticed that it "tapped solid."

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the gas tank of the vehicle.

Further inspection of the vehicle resulted in the discovery of 56 packages concealed in the gas tank of the vehicle, with a total approximate weight of 27.0 kgs (59.66 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

1

RAMIREZ GARCIA was placed under arrest at approximately 12:37 PM.

During a post-Miranda interview, RAMIREZ GARCIA denied knowledge that the narcotics were in the vehicle. RAMIREZ GARCIA stated she had parked the vehicle at her brother in law's house in Tijuana since Friday. RAMIREZ GARCIA stated she had left the keys there as well. RAMIREZ GARCIA further stated that the money she was carrying was supposed to pay for a medical procedure in Tijuana.

RAMIREZ GARCIA was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.