1  RANDY S. GROSSMAN
2  United States Attorney
   KYLE R. WATKINS
3  Assistant United States Attorney
   Utah State Bar No. 17341
4  United States Attorney's Office
5  880 Front Street, Room 6293
   San Diego, California 92101-8893
6  Telephone: (619) 546-8664
7  Kyle.Watkins@usdoj.gov

8  Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10
11             UNITED STATES DISTRICT COURT
12            SOUTHERN DISTRICT OF CALIFORNIA

13  UNITED STATES OF AMERICA,          Case No.: 22MJ1369-MDD
14              Plaintiff,
15        v.                           NOTICE OF APPEARANCE
16  KARLA RAMIREZ GARCIA,
17              Defendant.

18
19        TO THE CLERK OF COURT AND ALL PARTIES OF RECORD
20        I, the undersigned attorney, enter my appearance as lead counsel for
21  the United States in the above-captioned case. I certify that I am admitted to
22  practice in this court or authorized to practice under CivLR 83.3.c.3-4.
23        The following government attorneys (who are admitted to practice in
24  this court or authorized to practice under CivLR 83.3.c.3-4) are also
25  associated with this case, should be listed as lead counsel for CM/ECF
26  purposes, and should receive all Notices of Electronic Filings relating to
27  activity in this case:
28              <u>Name</u>

**None**.

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

**None**.

Please feel free to call me if you have any questions about this notice.

DATED: April 20, 2022.

    Respectfully submitted,

    RANDY S. GROSSMAN
    United States Attorney

    *s/ Kyle R. Watkins*
    KYLE R. WATKINS
    Assistant U.S. Attorney
    Attorneys for Plaintiff
    United States of America